UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE HAND PROMOTIONS, INC.,

                                    Plaintiff,

                    -against-

YAZMIN GARCIA, et al.,

                                    Defendants.

26-CV-4262 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff selected White Plains as the courthouse assignment for this matter. ECF No. 2 at

2. Plaintiff is directed to consult the Rules for the Division of Business Among District Judges –

Southern District of New York and file a letter, no later than May 29, 2026, explaining the basis

for this selection.

Dated:  May 26, 2026
            White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge