*Lonstein Law Office, P.C.*

190 South Main Street, P.O. Box 351
Attorneys and Counselors at Law
Ellenville, NY 12428
Telephone (845) 647-8500
Facsimile (845) 647-6277
Email: legal@signallaw.com

*Wayne D. Lonstein
Julie Cohen Lonstein

**Alexander Z. Lonstein

*also admitted in NJ, PA &MA
** also admitted in NJ, AK &DC

Initial conference is adjourned from July 27, 2026 to September 18, 2026 at 10:00 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 7/10/2026

P. Kevin Castel
United States District Judge

July 9, 2026

Judge P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007
**Filed Via ECF**

RE: Joe Hand Promotions, Inc. v. Yazmin Garcia, et al
Case No.: 1:26-CV-04262-PKC

To the Honorable Judge P. Kevin Castel,

The undersigned is counsel for Plaintiff Joe Hand Promotions, Inc.. Plaintiff respectfully requests that the Initial Pretrial Conference currently scheduled for July 27, 2026, be adjourned to a later date.

Neither of the named defendants has appeared in this action, and the parties are unable to confer regarding the Civil Case Management Plan or submit the joint status letter contemplated by the Court's Order.

Plaintiff has successfully effected service upon the corporate Defendant, **The Red Grill Mexican Restaurant Inc**. through the New York Secretary of State and filed same **ECF#11.** However, no Answer or Appearance by that Defendant has been filed.

Additionally, despite diligent efforts, Plaintiff has not yet completed service upon the individual defendant, **Yazmin Garcia** and is continuing its efforts to obtain service upon Ms. Garcia .

Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference for approximately thirty (30) days, or to such later date as the Court deems appropriate, to allow Plaintiff sufficient time to complete service and permit all parties to participate meaningfully in the Rule 26(f) conference and related submissions or alternatively, for Plaintiff to move for default if no Appearances.

Respectfully Submitted,

LONSTEIN LAW OFFICE, P.C.

/s/Julie Cohen Lonstein

By: Julie Cohen Lonstein
Cc: Defendants by USPS